**STEVEN BANKS**
***Corporation Counsel***

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Valerie L. Forbes**
*Special Assistant Corporation Counsel*
Office: (212) 356-0873

August 24, 2026

The instant consented-to request is granted. The September 2, 2026 initial pretrial conference is adjourned *sine die*. The parties shall file a joint letter as to the status of settlement negotiations by September 30, 2026. The Clerk of Court is respectfully directed to close Docket Number 12.

SO ORDERED.
Date: August 25, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**VIA ECF**
Hon. John P. Cronan
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *L.A.. v. N.Y.C. Dep't of Educ.,* 26-cv-03537 (JPC)(GS)

Dear Judge Cronan:

I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs seek solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

I write pursuant to the Court order dated August 20, 2026 (ECF No. 11), to respectfully request an adjournment *sine die* of the Initial Pretrial Conference currently scheduled for Friday, September 2, 2026 at 2:00 pm. Plaintiff consents to this request. This is the first request for an adjournment. The Court should note the Defendant's Answer was filed August 19, 2026.

This is a fees-only action, and liability is not at issue. There are no claims pleaded in this action except the attorneys' fees claim. The city has completed its internal review process, and the parties are now engaged in good faith negotiations and remain hopeful that this matter can be resolved without further burdening the Court. We respectfully request that a proposed briefing schedule be held in abeyance to allow time for the possibility of settlement.

Accordingly, Defendant respectfully requests that the Court adjourn the Initial Pretrial Conference, *sine die*, and proposes that the parties submit a joint letter by September 30, 2026 to update the Court on the status of settlement negotiations.

Thank you for considering these requests.

Respectfully submitted,

*/s/ Valerie L. Forbes*
Valerie L. Forbes, Esq.
Special Assistant Corporation Counsel

cc: Adam Dayan, Esq. (via ECF)